[No. 16385–0–I.   Division One.   January 21, 1987.]

QUENTIN HYATT, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2–08335–4, Warren Chan, J., entered April 4, 1985. *Affirmed* by unpublished opinion per Durham, J. Pro Tem., concurred in by Nichols and Patrick, JJ. Pro Tem.

[No. 17286–7–I.   Division One.   January 21, 1987.]

LUNDE CONSTRUCTION COMPANY, *Appellant,* v. THE
CITY OF MERCER ISLAND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2–06873–4, Robert E. Dixon, J., entered September 18, 1985. *Reversed* and *remanded with instructions* by unpublished opinion per Patrick, J. Pro Tem., concurred in by Durham and Nichols, JJ. Pro Tem.

[No. 16733–2–I.   Division One.   January 21, 1987.]

WALDE KRAUKLIS, ET AL, *Appellants,* v. DAN
. S. MILLER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2–07635–0, Richard M. Ishikawa, J., entered June 14, 1985. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Pekelis, J.